IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| PRIYA AGRAWAL,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>LOREN K. MILLER, in his official capacity as Director, Nebraska Service Center, U.S. Citizenship and Immigration Services,; MERRICK GARLAND, in his official capacity as Attorney General of the United States,; ALEJANDRO MAYORKAS, in his official capacity as Secretary, U.S. Department of Homeland Security,; and UR MENDOZA JADDOU, in her official capacity as Director, U.S. Citizenship and Immigration Services,;<br><br>　　　　Defendants. | 4:24CV3143<br><br><br>**FINAL PROGRESSION ORDER AMENDED** |

　　　IT IS ORDERED that the unopposed motion to modify briefing schedule, Filing No. 23, is granted. The briefing schedule as set out in the final progression order, Filing No. 19 is amended as follows:

1)　　This case will be resolved by cross-motions for summary judgment. The motion and briefing schedule will be as follows:

　　a.　Plaintiff filed her Motion for Summary Judgment on May 2, 2025.

　　b.　Defendants shall file a Response to Plaintiff's Motion for Summary

Judgment on or before June 2, 2025.

c. Defendants shall file a cross-Motion for Summary Judgment on or before June 2, 2025.

d. Plaintiff shall file any Reply in support of Plaintiff's Motion for Summary judgment on or before June 16, 2025.

e. Plaintiff shall file a Response to Defendants' Motion for Summary Judgment on or before June 16, 2025.

f. Defendants shall file any Reply in support of Defendants' Motion for Summary Judgment on or before June 30, 2025.

Dated this 22nd day of May, 2025.

BY THE COURT:

*s/ Jacqueline M. DeLuca*

United States Magistrate Judge